| Information to identify the case: | | Social Security number or ITIN: xxx–xx–5551 |
|---|---|---|
| Debtor 1: | Daniel Mangan | EIN: _ _–_ _ _ _ _ _ _ |
| | First Name    Middle Name    Last Name | |
| Debtor 2: | | Social Security number or ITIN: _ _ _ _ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: Eastern District of New York | | Date case filed for chapter:    13    7/29/19 |
| Case number: 8–19–75288–ast | | |

# NOTICE OF DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT:**

The above–named debtor(s) having filed a Chapter 13 petition in bankruptcy on July 29, 2019, and an order having been signed by the Honorable Alan S. Trust, United States Bankruptcy Judge, on February 23, 2021 for the dismissal of said petition.

You are notified that the petition of the above–named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, they must be paid in full to the Clerk of Court upon receipt of this notice.

Dated: February 23, 2021

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnod.jsp** [Notice of Dismissal rev. 03/07/17]